UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

WALTON GLOBAL INVESTMENTS, LTD., *et al.*,       )
                                                 )
                                   Plaintiffs,   )
                                                 )      Case No. 3:23-CV-00087
         v.                                      )      _____
                                                 )
BOWMAN CONSULTING GROUP, LTD.,                   )
                                                 )
                                   Defendant.    )

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Plaintiffs Walton Global Investments, Ltd. and Walton Virginia, LLC, by their undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, respectfully disclose the following:

1.    Walton Global Investments, Ltd. is a corporation formed under the laws of Canada with its principal place of business located in Canada.

2.    Walton Virginia, LLC is a limited liability company.  Walton Virginia, LLC's sole member is Walton International Group (USA), Inc., which is a corporation formed under the laws of Arizona with its principal place of business located in Arizona.

3.    None of Walton Global Investments, Ltd.'s, Walton Virginia, LLC's, and Walton International Group (USA), Inc.'s parents, subsidiaries, or affiliated entities have issued stock or debt securities to the public, and there are no publicly held entities that own 10% or more of the stock of any of these three entities.

1

Respectfully submitted,


___/s/  William F. Gibson II_____
William F. Gibson II (VA Bar No. 45397)
wgibson@shulmanrogers.com
Kevin P. Kennedy (*pro hac vice* pending)
SHULMAN, ROGERS, GANDAL,
   PORDY & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland, 20854
(301) 230-5200; (301) 230-2891 (fax)
*Counsel for Plaintiffs*

2