UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WALTON GLOBAL INVESTMENTS LTD., *et al.*,  )<br>                                                                                )<br>                                   Plaintiffs,                  )<br>                                                                                )<br>           v.                                                                )           Case No. 3:23-cv-00087-REP<br>                                                                                )<br>BOWMAN CONSULTING GROUP, LTD.,         )<br>                                                                                )<br>                                   Defendant.                 ) | |

**NOTICE OF CONDITIONAL SETTLEMENT**

Plaintiffs Walton Global Investments Ltd. and Walton Virginia, LLC, and Defendant Bowman Consulting Group, Ltd., hereby jointly notify the Court that they have settled the above-captioned dispute between them, subject to and dependent upon certain conditions in the agreement between the parties obtaining.  One of the said conditions has an outside date for obtaining of May 28, 2024.  Consequently, by that date the parties will either submit a final stipulation of dismissal with prejudice, or advise the Court that the parties' settlement has failed and that this matter should continue (and in that regard, the parties request that the Court revise its Order entered on April 29, 2024 to reflect that date).  In the interim, the parties request that all deadlines in the above-captioned matter be suspended, subject to re-setting in the (expected unlikely) event the condition in the parties' settlement agreement does not timely obtain.

Dated: April 30, 2024 	Respectfully submitted,

| | |
|---|---|
| /s/ William F. Gibson II | /s/ Stephan F. Andrews |
| William F. Gibson II (VA Bar No. 45397) | Stephan F. Andrews (VA Bar No. 23756) |
| wgibson@shulmanrogers.com | sandrews@ohaganmeyer.com |
| Kevin P. Kennedy (*pro hac vice*) | Katherine M. Rockwell (VA Bar No. 93733) |
| kkennedy@shulmanrogers.com | krockwell@ohaganmeyer.com |
| SHULMAN ROGERS, P.A. | Melisa Azak (VA Bar No. 98089) |
| 12505 Park Potomac Avenue, 6th Floor | mazak@ohaganmeyer.com |
| Potomac, MD 20854 | O'HAGAN MEYER, PLLC |
| (301) 230-5200; (301) 230-2891 (fax) | 411 E. Franklin Street, Suite 500 |
| *Counsel for Plaintiffs* | Richmond, VA 23219 |
| | (804) 403-7100; (804) 237-0250 (fax) |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of April, 2024, a true and correct copy of the foregoing was served, via the Court's online system, upon:

> Stephan F. (Hobie) Andrews, Esq.
> Katherine M. Rockwell, Esq.
> Melisa Azak, Esq.
> O'HAGAN MEYER, PLLC
> 411 E. Franklin Street, Suite 500
> Richmond, VA  23219

　　　　　　　　　　　　　　　　　　　　　　/s/ William F. Gibson II
　　　　　　　　　　　　　　　　　　　　　　William F. Gibson II

2