UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WALTON GLOBAL INVESTMENTS LTD., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:23-cv-00087-REP |
| | ) |
| BOWMAN CONSULTING GROUP, LTD., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL *WITH PREJUDICE***

Plaintiffs Walton Global Investments Ltd. and Walton Virginia, LLC, and Defendant Bowman Consulting Group, Ltd., hereby stipulate to the dismissal *with prejudice* of the above-captioned lawsuit in its entirety and its underlying claims, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties each bearing their own fees and costs.

Dated: ~~April~~ May 14, 2024           Respectfully submitted,

/s/ William F. Gibson II                    /s/ Stephan F. Andrews
William F. Gibson II (VA Bar No. 45397)     Stephan F. Andrews (VA Bar No. 23756)
wgibson@shulmanrogers.com                   sandrews@ohaganmeyer.com
Kevin P. Kennedy (*pro hac vice*)           Katherine M. Rockwell (VA Bar No. 93733)
kkennedy@shulmanrogers.com                  krockwell@ohaganmeyer.com
SHULMAN ROGERS, P.A.                        Melisa Azak (VA Bar No. 98089)
12505 Park Potomac Avenue, 6th Floor        mazak@ohaganmeyer.com
Potomac, MD 20854                           O'HAGAN MEYER, PLLC
(301) 230-5200; (301) 230-2891 (fax)        411 E. Franklin Street, Suite 500
*Counsel for Plaintiffs*                    Richmond, VA 23219
                                            (804) 403-7100; (804) 237-0250 (fax)
                                            *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of May, 2024, a true and correct copy of the foregoing was served, via the Court's online system, upon:

>Stephan F. (Hobie) Andrews, Esq.
>Katherine M. Rockwell, Esq.
>Melisa Azak, Esq.
>O'HAGAN MEYER, PLLC
>411 E. Franklin Street, Suite 500
>Richmond, VA 23219

_____
William F. Gibson II